UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTICA LEASECO, LLC, | CASE NO. C23-1652 MJP |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| TYLER LYNCH BROWN and ALISHA COPPEDGE, | |
| Defendants. | |

The Court issues this Order to Show Cause after reviewing defense counsel's Motion to Withdraw. (Dkt. No. 38.) In that Motion, defense counsel from Fennmore Craig, P.C. seek leave to withdraw from continued representation because they have not been paid by their clients and their clients have not communicated with them about the balance due. (Mot. at 1.) Before defense counsel filed their motion to withdraw, Plaintiff moved for an award of attorneys' fees, costs, and interest. (Dkt. No. 35.) Defense counsel filed no opposition brief to Plaintiff's Motion. In light of these facts, the Court ORDERS defense counsel to SHOW CAUSE as to how their decision not to file any opposition or response to Plaintiff's Motion abides by the Washington

1    Rules of Professional Conduct, including, but not limited to Rule 1.3. By no later than October

2    18, 2024, Defense counsel must file a brief of no more than 2,100 words responding to this

3    Order. No response from Plaintiff shall be filed.

4           The clerk is ordered to provide copies of this order to all counsel.

5           Dated October 9, 2024.

6

7                                                 Marsha J. Pechman
                                                 United States Senior District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24