# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTICA LEASECO, LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>TYLER LYNCH BROWN and ALISHA COPPEDGE,<br><br>                Defendants. | **AMENDED JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-1652 MJP |

\_\_    **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court AMENDS the Judgment only as follows: (1) the claims against Alisha Coppedge are DISMISSED; (2) the Court AWARDS post-judgment interest at a rate of 18% per annum; and the Court AWARDS $50,746.50 in attorneys' fees and $361.61 in costs.

\\

\\

\\

Dated November 4, 2024.

                                        <u>Ravi Subramanian</u>
                                        Clerk of Court

                                        <u>s/ Kathleen Albert</u>
                                        Deputy Clerk