HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTICA LEASECO, LLC, a Florida limited liability company,<br><br>                     Plaintiff,<br><br>  vs.<br><br>TYLER LYNCH BROWN; and the marital community of TYLER LYNCH BROWN and ALISHA COPPEDGE,<br><br>                     Defendants. | NO. 2:23-cv-01652-MJP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF UTICA LEASECO, LLC'S UNOPPOSED MOTION TO CORRECT AMENDED JUDGMENT |

      THIS MATTER came before the undersigned Judge of this Court on Plaintiff Utica Leaseco, LLC's ("Utica") Unopposed Motion to Correct Amended Judgment. Having reviewed the Parties' briefing on this Motion, and being familiar with the files and records herein, the Court ORDERS:

      Utica's Motion to Correct Amended Judgment is GRANTED. The Court corrects its Amended Judgment (Dkt. No. 46) to award Utica post-default interest of 18% per annum on $458,095.19 in damages. The Court further concludes that the evidence in the record

[PROPOSED] ORDER GRANTING
PLAINTIFF UTICA LEASECO, LLC'S
UNOPPOSED MOTION TO CORRECT
AMENDED JUDGMENT - 1
2:23-cv-01652-MJP

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5144
Facsimile: (206) 689-2822

establishes that Defendants' date of default from which the post-default interest of 18% per annum will accrue on Utica's $458,095.19 in damages was April 21, 2023.

DATED this 19th day of November, 2024.

*[signature]*

HONORABLE MARSHA J. PECHMAN

Presented By:

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Patrick Jordan*
Patrick Jordan, WSBA No. 40292
Mark B. Tuvim, WSBA No. 31909
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5144
Fax: (206) 689-2822
Attorneys for Plaintiff Utica Leaseco, LLC

[PROPOSED] ORDER GRANTING PLAINTIFF UTICA LEASECO, LLC'S UNOPPOSED MOTION TO CORRECT AMENDED JUDGMENT - 2
2:23-cv-01652-MJP

GORDON REES SCULLY MANSUKHANI, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5144
Facsimile: (206) 689-2822