UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTICA LEASECO, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>TYLER LYNCH BROWN and ALISHA COPPEDGE,<br><br>                Defendants. | CASE NO. C23-1652 MJP<br><br>ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW |

    This matter comes before the Court on Defense Counsel's Motion for Leave to Withdraw. (Dkt. No. 49.) Having reviewed the unopposed Motion and all supporting materials, the Court GRANTS the Motion. Consistent with Local Civil Rule 83.2 and Washington Rule of Professional Conduct 1.16, counsel has identified a valid reason to withdraw—a substantial open balance and the clients' failure to communicate. The Court finds good cause to permit the withdrawal. The Motion also provides the required contact information for Defendants as

ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW - 1

1  required by LCR 83.2(b)(1). Accordingly, the Court GRANTS the Motion and allows

2  withdrawal.

3      The clerk is ordered to provide copies of this order to all counsel and Defendants.

4      Dated January 15, 2025.

                                    Marsha J. Pechman
                                    United States Senior District Judge