UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UTICA LEASECO, LLC, | CASE NO. C23-1652 MJP |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| TYLER LYNCH BROWN and ALISHA COPPEDGE, | |
| Defendants. | |

The Court issues this Order to Show Cause <u>sua sponte</u>. The Court has reviewed the docket in this matter, and it appears that Plaintiff's claim has been fully resolved, judgment entered in its favor, and that no further issues remain to be decided. The Court ORDERS the Parties to SHOW CAUSE as to why this matter should not be administratively terminated and, if not, what issues remain to be decided. The Parties must file a response of no more than 2,100 words by January 23, 2025.

\\

\\

The clerk is ordered to provide copies of this order to all counsel and Defendants.

Dated January 15, 2025.

Marsha J. Pechman
United States Senior District Judge